**No. 55862.**—Heller Hope Co., Inc., et al. *v.* United States, protests 33324–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55863.**—Manuel Valdes *v.* United States, petition 6742–R (San Francisco).

Opinion by OLIVER, C. J. Section 489, *supra*, provides that additional duties shall not be remitted nor payment thereof in any way avoided, except in the case of a clerical error, upon the order of the Secretary of the Treasury, or in any case upon the finding of the United States Customs Court, upon a petition filed at any time after final appraisement and before the expiration of 60 days after liquidation. An appeal for reappraisement was filed and same had not been disposed of prior to the filing of this petition. It appearing from the record that the petition was premature inasmuch as the final appraised value had not yet been determined by the court, the petition was dismissed as untimely.

**No. 55864.**—Kachurin Drug Co. et al. *v.* United States, protests 162641–K, etc. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of ammonium ichthosulfonate the same in all material respects as the commodity passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiffs was sustained.